# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JUSTICE, on behalf of himself and others similarly situated, | ) ) ) | CASE NO. 5:20-cv-410 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | JUDGMENT ENTRY |
| ASSOCIATED MATERIALS, LLC, | ) ) ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the claims in plaintiffs' complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: October 26, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**